Decided January 20, 2005

## RICHARD JUCHNIEWICZ, EXECUTOR (ESTATE OF PATRICIA JUCHNIEWICZ), ET AL. *v.* BRIDGEPORT HOSPITAL ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 86 Conn. App. 310 (AC 23877), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the named plaintiff was not entitled to a jury charge that the named plaintiff's decedent was presumed to be in the exercise of reasonable care, pursuant to General Statutes § 52-114?

"2. If the answer to the first question is 'no,' was the error harmful?"

The Supreme Court docket number is SC 17345.

*Carey B. Reilly,* in support of the petition.

*Kevin M. Tepas,* in opposition.

Decided January 20, 2005